IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01289-PAB-KLM

LEISERV, LLC, a Delaware limited liability company,

      Plaintiff/Counterclaim Defendant,

v.

SUMMIT ENTERTAINMENT CENTERS, LLC, a Colorado limited liability company, and
SUMMIT COMPANIES INCORPORATED, a Colorado corporation,,

      Defendants/Counterclaim Plaintiffs.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint, But Disputed, Motion for Entry of Protective Order [#34]**[1] (the "Motion"). In the Motion, the parties jointly seek entry of a protective order. However, there is a dispute with regard to inclusion of two paragraphs in the tendered Protective Order. *Motion* [#34] at 2. In the Motion, the parties provide the Court with their positions regarding the disputed paragraphs. *Id.* at 2-9. The Court has reviewed the parties' positions and resolves the dispute through the interlineations included in the version of the Protective Order entered by the Court.

      IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED** to the extent it seeks entry of a protective order. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#34-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  November 12, 2015

---

[1] "[#34]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.